**DOUGLAS L. RAPPAPORT (SBN 136194)**
LAW OFFICE OF DOUGLAS RAPPAPORT
260 California Street, Suite 1002
San Francisco, CA 94111
Phone: (415) 989-7900
Fax: (415) 989-7950

Attorney for
**SAMIR AZIZI**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SAMIR AZIZI

v.

UNITED STATES OF AMERICA

_____/

Case No. 14-cv-4468-HSG

[PROPOSED] ORDER TO WITHDRAW WRIT OF HABEAS CORPUS (APPEAL OF DENIAL OF SUPPLEMENTAL MOTION TO TERMINATE PROVISIONAL ARREST)

**ORDER**

FOR GOOD CAUSE SHOWN, based on petitioner's request, IT IS HEREBY ORDERED that Samir Azizi's Writ of Habeas Corpus Petition (Appeal of Denial of Supplemental Motion to Terminate Provisional Arrest) is withdrawn without prejudice.

DATED: 8/5/2015   By:

_____
**THE HONORABLE HAYWOOD S. GILLIAM, JR.**
United States District Court Judge

[PROPOSED] ORDER RE WITHDRAWAL OF SAMIR AZIZI'S WRIT OF HABEAS CORPUS
CASE NO. 14-cv-4468-HSG